IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**RANDY COOPER,**

    **Plaintiff,**

v.                          Case No. 2:09-cv-00168

**JIM RUBENSTEIN, Commissioner,**
**West Virginia Division of Corrections,**
**DAVID BALLARD, Warden, Mount Olive**
**Correctional Complex, and**
**MAJOR ROBERT RHODES, Correctional Officer,**
**Mount Olive Correctional Complex,**

    **Defendant.**

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, the court **ORDERS** that judgment be entered in favor of the defendants and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to Plaintiff.

    ENTER:    April 15, 2009

                                              */s/ Joseph R. Goodwin*
                                              Joseph R. Goodwin, Chief Judge